**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-6730**

_____

MARCUS ANTOINE WILSON,

Plaintiff – Appellant,

v.

FNU KALINSKI, Doctor, Alexander Correctional Institution;
NURSE WOLF, Nurse, Mountain View Correctional Institution;
SERGEANT COX, Mountview Correctional Institution; FNU
JOHNSON, Correctional Officer, Alexander Correctional
Institution; FNU HALL, Correctional Officer, Mountain View
Correctional Institution,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Frank D. Whitney,
Chief District Judge. (1:14-cv-00005-FDW)

_____

Submitted: August 21, 2014           Decided: August 26, 2014

_____

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marcus Antoine Wilson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Antoine Wilson appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wilson v. Kalinski, No. 1:14-cv-00005-FDW (W.D.N.C. Feb. 10, 2014; Mar. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED